General, and *Chas. P. Stone,* Assistant Attorney General, for appellees.

*Miscellaneous Orders.*

No. 60. KRUG, SECRETARY OF THE INTERIOR, *v.* SHERIDAN-WYOMING COAL CO., INC. Chapman substituted for Krug as the party petitioner.

No. 179, Misc. INDEPENDENCE LEAD MINES Co. *v.* KINGSBURY ET AL. The motion for leave to file petition for writ of certiorari is denied. *William E. Cullen* and *James A. Murray* for petitioner. *J. K. Cheadle* for respondents.

No. 186, Misc. EDGEMAN *v.* ALVIS, WARDEN;
No. 231, Misc. WEDGLE *v.* UNITED STATES;
No. 234, Misc. IN RE WHISTLER; and
No. 248, Misc. VAN PELT *v.* RAGEN, WARDEN. The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 226, Misc. NEWSTEAD *v.* OVERHOLSER. The motion for leave to file petition for writ of mandamus is denied.

*Certiorari Granted.*

No. 419. PLANKINTON PACKING Co. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. Supreme Court of Wisconsin. Certiorari granted. *T. H. Spence* for petitioner. *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Beatrice Lampert,* Assistant Attorney General, for the Wisconsin Employment Relations Board; *Max Raskin* for the United Packing House Workers (C. I. O.); and William Stokes, *pro se,* respondents. *Solicitor Gen-*